1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10         SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 12  ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br>13<br>14               Plaintiff,<br>15        v.<br>16  SYNAPTICS, INC., a Delaware corporation; AVERATEC, INC., a California corporation; and<br>17  PROSTAR COMPUTER, INC., a California corporation,<br>18<br>19               Defendants. | Case No.   C06-01839 CRB<br><br>[PROPOSED] ORDER RELATING CASES<br><br>Date: February 1, 2008<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| 20  AND RELATED COUNTERCLAIMS | |

21
22
23
24
25
26
27
28

[PROPOSED] ORDER RELATING CASES
CASE NO. C06-0183 CRB
pa-1216689

1      IT IS HEREBY ORDERED: *Elantech Devices Corp. v. Synaptics, Inc., Averatec, Inc.,*
2  *and Prostar Computer, Inc.*, Case No. 3:06 CV-01839 CRB and *Synaptics, Inc. v. Elantech*
3  *Devices Corp.*, Case No. C07-06434 RS are related cases within the meaning of Civil Local
4  Rule 3-12(a). Pursuant to Civil Local Rules 3-12 and 7-11, *Synaptics, Inc. v. Elantech Devices*
5  *Corp.*, Case No. C07-06434 RS shall be reassigned to the Honorable Charles R. Breyer.

7  Dated:  January 18, 2008

9  By: _____
10     UNITED STATES DISTRICT COURT JUDGE
       HONORABLE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer