**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNAPTICS, INC.,

No. C 07-06434 CRB

        Plaintiff,

**Clerk's Notice**

  v.

ELANTECH DEVICES CORP.,

        Defendant.

_____/

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, April 11, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial case scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: January 23, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____

Barbara Espinoza
Courtroom Deputy