KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Plaintiff
SYNAPTICS INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNAPTICS INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELANTECH DEVICES CORP., a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Defendant. | Case No.   CV 07 6434 CRB<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE; CASE NO. CV 07-6434 CRB
pa-1226902

1

## CERTIFICATE OF SERVICE

I declare that I am employed as a clerk with the United States District Court for the Northern District of California, at 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on the date hereof, I served a copy of:

SUMMONS IN A CIVIL ACTION

CIVIL COVER SHEET

COMPLAINT FOR PATENT INFRINGEMENT – DEMAND FOR JURY TRIAL

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

ECF REGISTRATION INFORMATION HANDOUT

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE

DROP BOX FILING PROCEDURES

NORTHERN DISTRICT OF CALIFORNIA - HEARING SCHEDULES

WELCOME TO THE US DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

[x] **BY U.S. INTERNATIONAL MAIL [Fed. Civ. Proc. rules 4(f)(2)(c)(ii) and 4(h)(2)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, using U.S.P.S. International Express Mail, return receipt requested, addressed as follows:

I.H. Yeh
Elantech Devices Corp.
4F, 780 Jung-Jeng Rd.
Chung Ho City
TaipeiHsien County
Taiwan, R.O.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at San Francisco, California on February 7, 2008.

MARIA LOO                                    _(signature)_
(print)

pa-1226902

2

AO 440 (Rev. 8/01) Summons in a Civil Action

**ORIGINAL**

# UNITED STATES DISTRICT COURT

Northern District of California

SYNAPTICS INCORPORATED, a Delaware corporation,

V.

ELANTECH DEVICES CORP., a corporation existing under the laws of Taiwan, R.O.C.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CV 07 6434 RS

TO: (Name and address of Defendant)
ELANTECH CORPORATION
4F, JUNG-JENG ROAD
CHUNG HO CITY
TAIPEI COUNTY, TAIWAN, R.O.C.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KARL J. KRAMER (CA SBN 136433)
MORRISON & FOERSTER LLP
755 PAGE MILL ROAD
PALO ALTO, CA 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
kkramer@mofo.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEC 2 1 2007

CLERK                                                    DATE

(By) DEPUTY CLERK

MARY ANN BUCKLEY

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 7, 2008 |
| NAME OF SERVER *(PRINT)* <br> Maria Loo | TITLE <br> United States District Court Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by placing a true and correct copy of the Complaint, Summons, and other documents filed in this action, in a sealed envelope with postage fully prepaid using U.S.P.S. International Express Mail, return receipt requested, addressed to Elantech Devices Corp.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL <br> 0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/7/08
                Date            *Signature of Server*

### MARIA LOO

*Address of Server*

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc. <br> www.FormsWorkflow.com

| From: | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
|---|---|
| Sent: | Tuesday, February 12, 2008 1:03 AM |
| To: | Vickery, Andrea M. |
| Subject: | USPS Shipment Info for EC93 2017 174U S |

This is a post-only message. Please do not respond.

Andrea Vickery has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: EC93 2017 174U S

Service Type: Express Mail - Post Office to Addressee

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered Abroad | TAIWAN | 02/12/08  12:26pm |
| Attempted Delivery Abroad | TAIWAN | 02/11/08  9:20am |
| Attempted Delivery | | |
| International Dispatch | UNITED STATES | 02/08/08  4:42am |
| Processed | SAN FRANCISCO CA 94128 | 02/08/08  4:41am |
| Acceptance | SAN FRANCISCO CA 94102 | 02/07/08  4:21pm |
| Electronic Shipping Info Received | PALO ALTO CA 94304 | 02/07/08 11:37am |
| Electronic Shipping | | |

Reminder: Track & Confirm by email

Date of email request: 02/07/08

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

---

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

1

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) ☐ | Letter (Lettre) ☐ | Printed Matter (Imprimé) ☐ | Other (Autre) ☐ | Recorded Delivery (Envoi à livraison attestée) ☐ | Express Mail International ☒ |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number EC 932 017 174 US | | | |
| Office of Mailing (Bureau de dépôt) SF CA-94102 | | | Date of Posting (Date de dépôt) 2-7-08 | | | |
| Addressee Name or Firm: I.H. YEH / Elantech Devices Corp | | | | | | |
| Street and No.: 4F 180 Jung Jeng Rd | | | | | | |
| Place and Country: Chung Ho City, Taipei Hsien County, TAIWAN | | | | | | |

Completed by the office of origin (A remplir par le bureau d'origine.)

Completed at destination. (A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form **2865**, February 1997 (Reverse)

---

**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), a découvert and postage free.

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale): Morrison Foerster ATTN Erica Yawger

Street and Number (Rue et no.): 755 Page Mill Rd

City, State, and ZIP + 4 (Localité et code postal): Palo Alto CA 94304

UNITED STATES OF AMERICA    Etats-Unis d'Amérique

PS Form **2865**, February 1997    *Avis de réception*    CN07 (Old C5)