Yitai Hu (SBN 248085) (yhu@akingump.com)
Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:    650-838-2000
Facsimile:    650-838-2001

Attorneys for Defendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNAPTICS INCORPORATED, a Delaware corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ELANTECH DEVICES CORP., a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Defendants. | Case No. CV 07-6434 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT** |

Plaintiff Synaptics Incorporated ("Synaptics") and defendant Elantech Devices Corp. ("Elantech"), by their undersigned counsel, hereby stipulate that the time for Elantech to answer or otherwise respond to the Complaint in this matter shall be enlarged to sixty days from February 7, 2008. As such, the parties agree that Elantech shall answer or otherwise respond to the Complaint on or before April 7, 2008 and respectfully request that the Court so order.

Dated:  February 25, 2008            Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/s/_____
         Sean P. DeBruine

Attorneys for Defendant
ELANTECH DEVICES CORP.

STIPULATION FOR EXTENSION OF TIME TO ANSWER         - 1 -         CASE NO. CV 07 6434 CRB

1  Dated: February 25, 2008       Respectfully submitted,

2                                 MORRISON & FOERSTER LLP

3
                                  By: _____/s/_____
4                                              Erika L. Yawger

5                                 Attorneys for Plaintiff
                                  SYNAPTICS INCORPORATED
6

7

8

9  **IT IS SO ORDERED.**

10

11
   DATE:_____           _____
12                                HONORABLE CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME TO ANSWER       - 2 -             CASE NO. CV 07 6434 CRB

Pursuant to General Order 45, section X.B., I hereby attest that concurrence in the filing of this document has been obtained from Erika L. Yawger, counsel for Synaptics Incorporated.

Dated: February 25, 2008        By: _____/s/_____
                                     Sean P. DeBruine

Attorney for Defendant
ELANTECH DEVICES CORP.

6207266