Yitai Hu (SBN 248085) (yhu@akingump.com)
Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:    650-838-2000
Facsimile:    650-838-2001

Attorneys for Defendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNAPTICS INCORPORATED, a Delaware corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ELANTECH DEVICES CORP., a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Defendants. | Case No. CV 07-6434 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT** |

Plaintiff Synaptics Incorporated ("Synaptics") and defendant Elantech Devices Corp. ("Elantech"), by their undersigned counsel, hereby stipulate that the time for Elantech to answer or otherwise respond to the Complaint in this matter shall be enlarged to sixty days from February 7, 2008. As such, the parties agree that Elantech shall answer or otherwise respond to the Complaint on or before April 7, 2008 and respectfully request that the Court so order.

Dated:  February 25, 2008           Respectfully submitted,

                                    AKIN GUMP STRAUSS HAUER & FELD LLP


                                    By: _____/s/_____
                                                Sean P. DeBruine

                                    Attorneys for Defendant
                                    ELANTECH DEVICES CORP.

STIPULATION FOR EXTENSION OF TIME TO ANSWER         - 1 -         CASE NO. CV 07 6434 CRB

1  Dated: February 25, 2008                Respectfully submitted,

2                                          MORRISON & FOERSTER LLP

3
                                           By:  _____/s/_____
4                                                   Erika L. Yawger

5                                          Attorneys for Plaintiff
                                           SYNAPTICS INCORPORATED
6

7

8

9  **IT IS SO ORDERED.**

10

11
   DATE: _March 3, 2008_         _____
12                                HONORABLE CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE
13

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]