UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SYNAPTICS INCORPORATED,

              Plaintiff,

     v.

ELANTECH DEVICES CORPORATION,

              Defendant.

Case No. CV-07-6434 CRB

ADR CERTIFICATION BY PARTIES AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated:  March 27, 2008

s/ Greg DeWolfe
Greg DeWolfe
General Counsel
Synaptics Incorporated

Dated:  March 27, 2008

s/ Karl J. Kramer
Karl J. Kramer
Attorney for Plaintiff
Synaptics Incorporated

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this **ADR CERTIFICATION BY PARTIES AND COUNSEL**.  In compliance with General Order 45, X.B., I hereby attest that Greg DeWolfe has concurred in this filing.

Dated:  March 27, 2008           MORRISON & FOERSTER LLP

By:    s/Karl J. Kramer
       Karl J. Kramer
       Attorney for Plaintiff
       Synaptics Incorporated