# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNAPTICS INCORPORATED,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ELANTECH DEVICES CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO. CV 07-6434 CRB<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

| √ | have not yet reached an agreement to an ADR process |
|---|---|
|   | request an Early Settlement Conference with a Magistrate Judge |

Date of Case Management Conference: **April 11, 2008**

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Karl J. Kramer | Synaptics Incorporated | (650) 813-5775 | KKramer@mofo.com |
| Erika L. Yawger | Synaptics Incorporated | (650) 813-4218 | EYawger@mofo.com |
| Yitai Hu | Elantech Devices Corporation | (650) 838-2000 | YHu@akingump.com |
| Sean P. DeBruine | Elantech Devices Corporation | (650) 838-2000 | SDeBruine@akingump.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: March 27, 2008　　　　　　　　　　　　s/Karl J. Kramer
　　　　　　　　　　　　　　　　　　　　　　　Karl J. Kramer
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　Synaptics Incorporated

Dated: March 27, 2008　　　　　　　　　　　　s/Sean P. DeBruine
　　　　　　　　　　　　　　　　　　　　　　　Sean P. DeBruine
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Elantech Devices Corporation

I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this **NOTICE OF NEED FOR ADR PHONE CONFERENCE**. In compliance with General Order 45, X.B., I hereby attest that Sean P. DeBruine has concurred in this filing.

Dated: March 27, 2008                             MORRISON & FOERSTER LLP

                                  By:    s/Karl J. Kramer
                                         Karl J. Kramer
                                         Attorney for Plaintiff
                                         Synaptics Incorporated