1  Yitai Hu (SBN 248085) (yhu@akingump.com)
   Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
2  Hsin-Yi Cindy Feng (SBN 215152) (cfeng@akingump.com)
   AKIN GUMP STRAUSS HAUER & FELD LLP
3  2 Palo Alto Square
   3000 El Camino Real, Suite 400
4  Palo Alto, California  94306
   Telephone:      650-838-2000
5  Facsimile:      650-838-2001

6  Attorneys for Defendant
   ELANTECH DEVICES CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | SYNAPTICS INCORPORATED,              ) Case No. CV 07-06434 CRB
                                          )
13 |        Plaintiff,                    ) **NOTICE OF APPEARANCE OF**
                                          ) **ELIZABETH H. RADER**
14 |    v.                                )
                                          )
15 | ELANTECH DEVICES CORPORATION,        )
                                          )
16 |        Defendant.                    )
                                          )
17 |_____)

18      Elizabeth H. Rader of Akin Gump Strauss Hauer & Feld LLP, enters her appearance on behalf

19 of Defendant Elantech Devices Corporation.  Accordingly, as of the date of this Notice of Appearance,

20 all pleadings and other communications to Elantech Devices Corporation should be directed to the

21 following counsel of record in addition to the attorneys listed above:

22

23      Elizabeth H. Rader (State Bar No. 184963) (erader@akingump.com)
        AKIN GUMP STRAUSS HAUER & FELD LLP
24      580 California Street, Suite 1500
        San Francisco, CA  94104
25      Telephone: (415) 765-9584
        Facsimile: (415) 765-9501
26

27

28

Dated: April 9, 2008

Respectfully Submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/s/_____
Elizabeth H. Rader (State Bar No. 184963)

Attorneys For Defendant
ELANTECH DEVICES CORPORATION