**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 11, 2008**

**C-7-06434** **CRB**

**SYNAPTICS INCORPORATED   v.   ELANTECH DEVICES CORPORATION**

Attorneys:      Karl Kramer                             Elizabeth Rader

                Erika Yawger

Deputy Clerk: **BARBARA ESPINOZA**           Reporter: **Not Reported**

**PROCEEDINGS:**                                                                 **RULING:**

1.  Initial Case Management Conference   -   Held

2.  

3.  

**ORDERED AFTER HEARING:**

 Limited to 5 claims


(  ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO  October 21, 2008 @ 2:00 p.m.  for  Tutorial
                       October 23, 2008 @ 2:00 p.m.  for  Claim Construction

Discovery Cut-Off _____                         Expert Discovery Cut-Off _____

Plntf to Name Experts by _____                  Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____