1  KARL J. KRAMER (CA SBN 136433)
   ERIKA L. YAWGER (CA SBN 234919)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
4  Facsimile: (650) 494-0792
   KKramer@mofo.com
5
   Attorneys for Plaintiff
6  SYNAPTICS INCORPORATED

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  SYNAPTICS INCORPORATED, a Delaware     Case No.   CV 07 6434 CRB
    corporation,
13                                         **SYNAPTICS INCORPORATED'S
                    Plaintiff,             ANSWER TO COUNTERCLAIM**
14
         v.
15
    ELANTECH DEVICES CORP., a corporation
16  existing under the laws of Taiwan, R.O.C.,

17                  Defendant.

18

19       In answer to Defendant Elantech Devices Corp. ("Elantech")'s Answer to Synaptics'

20  Complaint for Patent Infringement and Demand for Jury Trial; Elantech's Counterclaims,

21  Plaintiff Synaptics Incorporated ("Synaptics") hereby states as follows:

22                              **COUNTERCLAIMS**

23       25.    Paragraphs 1 through 15 are Elantech's admissions and denials in response to

24  Synaptics' Amended Complaint, to which no response by Synaptics is necessary.  Synaptics

25  denies the allegations of Elantech's Affirmative Defenses in paragraphs 16-24.

26                              **JURISDICTION**

27       26.    Synaptics admits that this Court has jurisdiction over Elantech's Counterclaims.

28       27.    Synaptics admits the allegations of this paragraph.

**SYNAPTICS INCORPORATED'S ANSWER TO COUNTERCLAIM; CASE NO. CV 07-6434 CRB**    1
pa-1248120

28. Synaptics admits the allegations of this paragraph.

29. Synaptics admits the allegations of this paragraph.

30. Synaptics denies that it has asserted "counterclaims of infringement." Synaptics admits the remaining allegations of this paragraph.

### First Claim

### (Declaratory Relief)

31. Synaptics re-alleges the admissions and denials contained in the paragraphs above.

32. Synaptics denies the allegations of this paragraph.

33. Synaptics denies the allegations of this paragraph.

34. Synaptics denies the allegations of this paragraph.

35. Synaptics denies the allegations of this paragraph.

### ELANTECH'S PRAYER FOR RELIEF

Synaptics denies that Elantech is entitled to any of the relief requested in paragraphs 1-12. Synaptics asks the Court to deny all of Elantech's requests for relief and enter judgment in favor of Synaptics. Synaptics also asks that Synaptics be awarded its reasonable attorneys' fees and costs in the action, and that Synaptics be awarded such other relief as the Court deems just and proper.

Dated: May 1, 2008

KARL J. KRAMER
ERIKA L. YAWGER
MORRISON & FOERSTER LLP

By:  s/Karl J. Kramer
Karl J. Kramer
Kkramer@mofo.com

Attorneys for Plaintiff
SYNAPTICS INCORPORATED