1  Yitai Hu (SBN 248085) (yitai.hu@alston.com)
   Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
2  S.H. Michael Kim (SBN 203491) (michael.kim@alston.com)
   Elizabeth H. Rader (SBN 184963) (elizabeth.rader@alston.com)
3  Richard Chae (SBN 224610) (richard.chae@alston.com)
   ALSTON+BIRD LLP
4  3000 El Camino Real, Suite 400
   Palo Alto, California  94306
5  Telephone:      650-838-2000
   Facsimile:      650-838-2001
6

7  Attorneys for Plaintiff and Counter Defendant
   ELANTECH DEVICES CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   SYNAPTICS, INCORPORATED,        )  Case No. CV 07 6434 CRB
13                                 )
              Plaintiff,           )  **NOTICE OF CHANGE OF AFFILIATION**
14                                 )  **OF COUNSEL**
         vs.                       )
15                                 )
   ELANTECH DEVICES CORP,          )
16                                 )
              Defendant.           )
17                                 )
                                   )
18 _____ )

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE AFFILIATION OF
COUNSEL                                                          CV 07 6434 CRB

1   TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2   RECORD:
3   PLEASE TAKE NOTICE that, as of August 1, 2008, Yitai Hu, Sean P. DeBruine, S.H
4   Michael Kim and Richard Chae, counsel for defendant/plaintiff PARTY are no longer affiliated
5   with the law firm of Akin Gump Strauss Hauer and Feld, LLP.   Counsel are now affiliated with
6   the law firm of Alston + Bird LLP.  Counsel's new contact information is as follows:

```
Yitai Hu (SBN 248085) (yitai.hu@alston.com)
Sean P. DeBruine (SBN 168071) (sean.debruine@alston.com)
Elizabeth H. Rader (SBN 184963) (elizabeth.rader@alston.com
S.H. Michael Kim (SBN 203491) (michael.kim@alston.com)
Richard Chae (SBN 224610) (richard.chae@alston.com)
ALSTON+BIRD LLP
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:    650-838-2000
Facsimile:     650-838-2001
```

Please update your records accordingly.

Dated:  August 1, 2008                          ALSTON+BIRD LLP

                                                By:_____/s/_____
                                                       Sean P. DeBruine

                                                Attorneys For Plaintiff
                                                ELANTECH DEVICES CORPORATION