KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
LAURA R. MASON (CA SBN 252251)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792
KKramer@mofo.com

Attorneys for Plaintiff
SYNAPTICS INCORPORATED

SEAN P. DEBRUINE (SBN 168071)
YITAI HU (SBN 248085)
ALSTON+BIRD LLP
2 Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:    650-838-2000
Facsimile:    650-838-2001
sean.debruine@alston.com

Attorneys for Defendant
ELANTECH DEVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNAPTICS INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELANTECH DEVICES CORP., a corporation existing under the laws of Taiwan, R.O.C.,<br><br>Defendant. | Case No.   CV 07-6434 CRB<br><br>**JOINT STIPULATION TO CHANGE DEADLINE FOR FILING PATENT LOCAL RULE 4-3 STATEMENT** |

JOINT STIPULATION
CASE NO. CV 07-6434 CRB

pa-1264698

1   Plaintiff Synaptics Incorporated ("Synaptics") and Elantech Devices Corporation
2   ("Elantech"), by and through their respective attorneys, HEREBY STIPULATE that:
3   WHEREAS, Synaptics served its infringement contentions pursuant to Patent Local
4   Rule 3-1 on April 21, 2008; and
5   WHEREAS, on June 5, 2008, Elantech served its invalidity contentions pursuant to Patent
6   Local Rule 3-3; and
7   WHEREAS, on June 16, 2008, the parties exchanged claim term disclosures pursuant to
8   Patent Local Rule 4-1; and
9   WHEREAS, on July 7, 2008, the parties exchanged proposed claim construction
10  disclosures pursuant to Patent Local Rule 4-2; and
11  WHEREAS, on July 14, 2008, the parties exchanged expert claim construction reports;
12  and
13  WHEREAS, on July 30, 2008, the parties exchanged rebuttal expert claim construction
14  reports; and
15  WHEREAS, counsel for Elantech was on vacation and unavailable from July 21-July 29,
16  2008; and
17  WHEREAS, pursuant to the Patent Local Rules, a Joint Claim Construction and
18  Prehearing Statement would be due on August 4, 2008; and
19  WHEREAS, the parties continue to meet and confer for the purposes of narrowing the
20  issues and finalizing preparation of the Joint Claim Construction and Prehearing Statement;
21
22
23
24
25
26
27
28  / / /

1  THE PARTIES NOW HEREBY STIPULATE that the parties' deadline for filing the
2  Joint Claim Construction and Prehearing Statement pursuant to Patent Local Rule 4-3 shall now
3  be **August 8, 2008**.

5  Dated: August 1, 2008              KARL J. KRAMER
                                      ERIKA L. YAWGER
6                                     LAURA R. MASON
                                      MORRISON & FOERSTER LLP

9                                     By:   s/Erika L. Yawger
                                            Erika L. Yawger
                                            Email: EYawger@mofo.com

                                      Attorneys for Plaintiff
11                                    SYNAPTICS INCORPORATED

13  Dated: August 1, 2008             YITAI HU
                                      SEAN P. DeBRUINE
                                      ALSTON + BIRD LLP

16                                    By:   s/Sean P. DeBruine
                                            Sean P. DeBruine

                                      Attorneys for Defendant
                                      ELANTECH DEVICES
                                      CORPORATION

20  PURSUANT TO STIPULATION, IT IS SO ORDERED

22  Dated: _____    _____
                                      The Honorable Charles R. Breyer
23                                    United States District Judge

JOINT STIPULATION                                                    2
CASE NO. CV 07-6434 CRB
pa-1264698

1      I, Erika L. Yawger, am the ECF user whose ID and password are being used to file this.

2  JOINT STIPULATION TO CHANGE DEADLINE FOR FILING PATENT LOCAL RULE 4-3

3  STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that SEAN P.

4  DEBRUINE has concurred in this filing.

5  Dated:   August 1, 2008                                        MORRISON & FOERSTER LLP

7                                           By:    s/Erika L. Yawger
8                                                   Erika L. Yawger
                                                 Email:  EYawger@mofo.com

9                                           Attorneys for Plaintiff
10                                          SYNAPTICS INCORPORATED

JOINT STIPULATION
CASE NO. CV 07-6434 CRB
pa-1264698

3