1   KARL J. KRAMER (CA SBN 136433)
    ERIKA L. YAWGER (CA SBN 234919)
2   LAURA R. MASON (CA SBN 252251)
    MORRISON & FOERSTER LLP
3   755 Page Mill Road
    Palo Alto, California  94304-1018
4   Telephone: 650-813-5600
    Facsimile: 650-494-0792
5   KKramer@mofo.com

6   Attorneys for Plaintiff
    SYNAPTICS INCORPORATED
7
    SEAN P. DEBRUINE (SBN 168071)
8   YITAI HU (SBN 248085)
    ALSTON+BIRD LLP
9   2 Palo Alto Square
    3000 El Camino Real, Suite 400
10  Palo Alto, California  94306
    Telephone:      650-838-2000
11  Facsimile:      650-838-2001
    sean.debruine@alston.com
12
    Attorneys for Defendant
13  ELANTECH DEVICES CORP.

14                      UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17

18  SYNAPTICS INCORPORATED, a Delaware        Case No.    CV 07-6434 CRB
    corporation,
19                                            **JOINT STIPULATION TO**
                    Plaintiff,                **CHANGE DEADLINE FOR**
20                                            **FILING PATENT LOCAL RULE**
         v.                                   **4-3 STATEMENT**
21
    ELANTECH DEVICES CORP., a corporation
22  existing under the laws of Taiwan, R.O.C.,

23                  Defendant.

24

25

26

27

28

JOINT STIPULATION
CASE NO. CV 07-6434 CRB

pa-1264698

1    Plaintiff Synaptics Incorporated ("Synaptics") and Elantech Devices Corporation

2  ("Elantech"), by and through their respective attorneys, HEREBY STIPULATE that:

3    WHEREAS, Synaptics served its infringement contentions pursuant to Patent Local

4  Rule 3-1 on April 21, 2008; and

5    WHEREAS, on June 5, 2008, Elantech served its invalidity contentions pursuant to Patent

6  Local Rule 3-3; and

7    WHEREAS, on June 16, 2008, the parties exchanged claim term disclosures pursuant to

8  Patent Local Rule 4-1; and

9    WHEREAS, on July 7, 2008, the parties exchanged proposed claim construction

10  disclosures pursuant to Patent Local Rule 4-2; and

11    WHEREAS, on July 14, 2008, the parties exchanged expert claim construction reports;

12  and

13    WHEREAS, on July 30, 2008, the parties exchanged rebuttal expert claim construction

14  reports; and

15    WHEREAS, counsel for Elantech was on vacation and unavailable from July 21-July 29,

16  2008; and

17    WHEREAS, pursuant to the Patent Local Rules, a Joint Claim Construction and

18  Prehearing Statement would be due on August 4, 2008; and

19    WHEREAS, the parties continue to meet and confer for the purposes of narrowing the

20  issues and finalizing preparation of the Joint Claim Construction and Prehearing Statement;

21

22

23

24

25

26

27

28  / / /

JOINT STIPULATION
CASE NO. CV 07-6434 CRB
pa-1264698

1

1    THE PARTIES NOW HEREBY STIPULATE that the parties' deadline for filing the

2  Joint Claim Construction and Prehearing Statement pursuant to Patent Local Rule 4-3 shall now

3  be **August 8, 2008**.

4

5  Dated:   August 1, 2008                    KARL J. KRAMER
                                              ERIKA L. YAWGER
6                                             LAURA R. MASON
                                              MORRISON & FOERSTER LLP
7

8
                                    By:    s/Erika L. Yawger
9                                             Erika L. Yawger
                                              Email:  EYawger@mofo.com
10
                                           Attorneys for Plaintiff
11                                         SYNAPTICS INCORPORATED

12

13  Dated:  August 1, 2008                    YITAI HU
                                              SEAN P. DeBRUINE
                                              ALSTON + BIRD LLP
14

15

16                                  By:    s/Sean P. DeBruine
                                              Sean P. DeBruine
17
                                           Attorneys for Defendant
18                                         ELANTECH DEVICES
                                           CORPORATION

19

20  PURSUANT TO STIPULATION, IT IS SO ORDERED

21

22  Dated: _ August 5, 2008 _____       _____
                                           The Honorable Charles R. Breyer
23                                         United States District Judge

24                                         IT IS SO ORDERED

25

26                                         Judge Charles R. Breyer

27

28

JOINT STIPULATION                                                            2
CASE NO. CV 07-6434 CRB
pa-1264698