**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNAPTICS INCORPORATED,

      Plaintiff,

  v.

ELANTECH DEVICES CORPORATION,

      Defendant.

No. C 07-06434 CRB

**ORDER RE CLAIM CONSTRUCTION HEARING**

      The claim construction hearing in the above matter is scheduled for Tuesday, October 21, 2008 at 10:00 a.m.  At oral argument the parties should focus their presentations on the following questions:

**A.     Capacitance profile**

      1.     What, if anything, is wrong with the following constructions?

"Capacitance profile" means "a set of data representing processed and quantified capacitance information;" or

"Capacitance profile" means "a collection of processed and quantified capacitance information."

      2.     Does "a complete set of capacitance measurements [in a given direction]" include capacitance measurements for all conductive lines [in a given direction]?

      3.     How does "a complete set of capacitance measurements [in a given direction]" differ from "a complete set of sampled points [in a given direction]?"

**United States District Court**
For the Northern District of California

1  4.  Can a "capacitance profile" be developed using less than "a complete set of

2  capacitance measurements."

3  5.  Can a "capacitance profile" be developed using less than "a complete set of

4  sampled points?"

5  **B.  "Developing capacitance profiles"**

6  1.  What, if anything, is wrong with the following construction?

7  "Developing capacitance profiles" means "simultaneously measuring the capacitance

8  on [a set of] conductive lines in an X or Y direction and then processing that

9  capacitance information."

10  2.  Does the parallel scanning technique require that all conductive lines be

11  measured simultaneously?  Or could fewer than all conductive lines (such as a plurality or a

12  subset of conductive lines) be measured simultaneously?

13

14  Each party is allotted up to 30 minutes for argument.

15

16  **IT IS SO ORDERED.**

17

18  Dated: October 17, 2008

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

G:\CRBALL\2007\6434\orderreclaimconstructionhearing.wpd                    2