KARL J. KRAMER (CA SBN 136433)
ERIKA L. YAWGER (CA SBN 234919)
LAURA R. MASON (CA SBN 252251)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
KKramer@mofo.com

Attorneys for Plaintiff
SYNAPTICS INCORPORATED

YITAI HU (SBN 248085)
SEAN P. DEBRUINE (SBN 168071)
ALSTON + BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306-2112
Telephone:      650-838-2000
Facsimile:       650-838-2001
Sean.Debruine@alston.com

Attorneys for Defendant
ELANTECH DEVICES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNAPTICS INCORPORATED, a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>ELANTECH DEVICES CORPORATION, a corporation existing under the laws of Taiwan, R.O.C.,<br><br>                    Defendant. | Case No.   CV 07 6434 CRB<br><br>**STIPULATED [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

Stipulated [Proposed] Order Dismissing Action With Prejudice;
 Case No. CV 07-6434 CRB
pa-1290373

1

1  WHEREAS, Plaintiff Synaptics Incorporated ("Synaptics") and Defendant Elantech Devices Corp. ("Elantech"), collectively, the "Settling Parties," hereby inform the Court that they have settled their respective disputes in this case. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the settlement reached between the Settling Parties,

NOW THEREFORE, the Settling Parties stipulate and agree that all claims, counterclaims and other causes of action that each has brought or may have brought against the other should be dismissed with prejudice, with each party bearing its own expenses, costs of court, and attorneys' fees.

Dated: November 10, 2008

KARL J. KRAMER
ERIKA L. YAWGER
MORRISON & FOERSTER LLP

By:   s/Karl J. Kramer
Karl J. Kramer
KKramer@mofo.com

Attorneys for Plaintiff
SYNAPTICS INCORPORATED

Dated: November 10, 2008

YITAI HU
SEAN P. DeBRUINE
ALSTON + BIRD LLP

By:   s/Sean P. DeBruine
Sean P. DeBruine
Sean.Debruine@alston.com

Attorneys for Defendant
ELANTECH DEVICES CORPORATION

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. This action in its entirety is hereby dismissed with prejudice.

2. Each party shall bear its own expenses, costs of court, and attorneys' fees associated with litigation of this matter prior to the entry of this Order.

Dated: November 12, 2008

_____
HONORABLE CHARLES R. BREYER
United States District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

1     I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this

2 STIPULATED [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE.  In

3 compliance with General Order 45, X.B., I hereby attest that Sean P. DeBruine has concurred in

4 this filing.

6 Dated: November 10, 2008              MORRISON & FOERSTER LLP

8                                   By:  /s/Karl J. Kramer
                                         Karl J. Kramer
                                         KKramer@mofo.com

                                         Attorneys for Plaintiff
                                         SYNAPTICS INCORPORATED